IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

MYDRIA STRINGER, JR.,

    Plaintiff,

vs.      CIVIL ACTION NO.: CV514-030

GRADY PERRY; Chief NILSON;
Lt. WILLIAMS; Sgt. CHANEY;
Officer WILLIS COOK; GRIEVANCE
COMMITTEE; and CLASSIFICATION
COMMITTEE,

    Defendants.

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's Motion to Proceed in forma pauperis is **DENIED**. This case is **DISMISSED**, without prejudice. If Plaintiff desires to proceed with this action he must re-submit his complaint along with the full filing fee. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

**SO ORDERED**, this _____ day of _____, 2014.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA